**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Reginaldo VALENZUELA TORREZ,
Defendant—Appellant.**

No. 03–10614.

D.C. No. CR–02–01283–SMM.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 14, 2004.*

Decided June 18, 2004.

Michael Thomas Morrissey, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Alex D. Gonzalez, Tempe, AZ, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

## MEMORANDUM**

Reginaldo Valenzuela Torrez appeals his guilty-plea conviction and 77–month sentence for conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Torrez has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Torrez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.